UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Xiao WU,

Petitioner,

v.

Patrick DIVVER, et al.,

Respondents.

Case No.: 26-cv-3836-AGS-DEB

**ORDER GRANTING AMENDED HABEAS PETITION (ECF 7) AND ORDERING RELEASE**

Petitioner Xiao Wu seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the Court "[o]rder Petitioner released" from detention (ECF 7, at 10), and "the government does not oppose the petition" (ECF 8, at 2). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated: August 1, 2026

Hon. Andrew G. Schopler
United States District Judge